

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Zachary A. Myers*     *Suite 400*     DIRECT: 410-209-4848
*Assistant United States Attorney*     *36 S. Charles Street*     MAIN: 410-209-4800
*Zachary.Myers @usdoj.gov*     *Baltimore, MD 21201-3119*     FAX: 410-962-0716

June 2, 2021

The Honorable James K. Bredar
Chief United States District Judge
101 W Lombard St
Baltimore, MD 21201

*VIA ELECTRONIC FILING*

Re:   *United States v. Kyell A. Bryan,*   Criminal No.  JKB-20-0195

Dear Judge Bredar:

    The remaining defendant in this case was charged in the Superseding Indictment returned on September 9, 2020. The defendant made his initial appearance on October 28, 2020. On November 4, 2020, the Court ordered the defendant released on conditions, and he remains on pretrial address. Co-defendant Jordan K. Milleson pled guilty and was sentenced on May 5, 2021. The government has provided extensive discovery thus far, containing voluminous electronic information. Defense counsel reports they have begun the process of reviewing the material and discussing with his client. This process has been complicated by the pandemic, the defendant's release and supervision outside of Maryland, and the restrictions on the defendant's access to electronic communications and devices.

    Counsel for the government has consulted with counsel for the defendant. The parties continue to discuss the possibility of a resolution of this case short of trial. We agree, however, that at this stage it is appropriate to set a deadline for defense motions. The parties respectfully request that the Court schedule a telephone status call, to set a date for the filing of any pretrial motions by the defendant. The parties have agreed that the government will file a consent motion to exclude time through July 2, 2021, pursuant to the Speedy Trial Act.

    Very truly yours,

Jonathan F. Lenzner
Acting United States Attorney

      /s/
Zachary A. Myers
Christopher M. Rigali
Assistant United States Attorneys

cc: All counsel of record, via ECF