IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-20-0195 |
| KYELL A. BRYAN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to a status teleconference held on June 9, 2021, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| September 9, 2021 | Deadline for submission of defense motions. |
| September 14, 2021, 5:00 p.m. | Status telephone conference, during which the Court will either set in the date for a dispositional hearing or deadlines for the Government's response to the Defendant's motion and the Defendant's reply. If this matter will proceed to trial, the Court will also schedule a motions hearing and other dates and deadlines for a jury trial. |
| | Counsel for the Government is directed to arrange for and distribute conference call information to defense counsel and Judge Bredar's chambers. |

The Government is further directed to monitor the speedy trial date and alert the Court as to any issues. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this __9__ day of June, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge
